IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY L. POOLE, SR.
ADC # 103798                                                                                              PLAINTIFF

v.                              Case No. 4:11-cv-321-DPM

EASTBAY                                                                                                    DEFENDANT

## JUDGMENT

Poole's complaint is dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not in good faith.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 July 2011